# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2012

*The Court of Appeals hereby passes the following order:*

**A12A0566. SCHIAVONE v. HANKINS et al.**

We granted interlocutory review in this automobile collision case to review the trial court's denial of the defendant's motion for summary judgment. Following plenary consideration of the case, including a thorough review of the complete record on appeal, we conclude that the application for interlocutory appeal was improvidently granted. The order granting the application is therefore vacated, and the appeal is dismissed. See *Collier v. Dept. of Human Resources*, 196 Ga. App. 843, 844 (397 SE2d 632) (1990).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/01/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*